UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 16-7324-MWF(AGRx)**                              Dated: **December 19, 2016**

Title:      Construction Laborers Trust Funds for Southern California Administration Company -v- American Environmental Corporation et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relie Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                  None Present

PROCEEDINGS (IN CHAMBERS):         COURT ORDER

In light of the Notice of Settlement filed December 16, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **February 6, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

Additionally, the Court notes that a Default By Clerk was entered on November 30, 2016, as to the remaining defendant American Environmental Corporation, and therefore orders, pursuant to the Notice of Settlement, that counsel file a status report by **January 30, 2017** as to the status of settlement with this defendant. If a settlement has not been reached, the Court will schedule a hearing for Order To Show Cause Re Default Judgment, and vacate the Order to Show Cause Re Dismissal. **IT IS SO ORDERED.**

MINUTES FORM 90                                                      Initials of Deputy Clerk   cw
CIVIL - GEN